# *EMPLOYMENT AGREEMENT*

This Employment Agreement (this "Agreement") is made effective as of January 1, 2018, by and between Candor USA Inc. "Candor" and Jude R. Shinn.

    A. Candor is engaged in the business of Software as a Service (SaaS).

    B. Candor USA Inc. desires to have the services of Jude R. Shinn.

Therefore, the parties agree as follows:

**1. EMPLOYMENT.** Candor USA Inc. shall employ Jude R. Shinn as Chief Executive Officer. Jude R. Shinn shall provide to Candor USA Inc. duties as needed. Jude R. Shinn accepts and agrees to such employment, and agrees to be subject to the general supervision, advice and direction of Candor USA Inc. and Candor USA Inc.'s supervisory personnel.

**2. BEST EFFORTS OF EMPLOYEE.** Jude R. Shinn agrees to perform faithfully, industriously, and to the best of Jude R. Shinn's ability, experience, and talents, all of the duties that may be required by the express and implicit terms of this Agreement, to the reasonable satisfaction of Candor USA Inc. Such duties shall be provided at such place(s) as the needs, business, or opportunities of Candor USA Inc. may require from time to time.

**3. OWNERSHIP OF SOCIAL MEDIA CONTACTS.** Any social media contacts, including "followers" or "friends," that are acquired through accounts (including, but not limited to email addresses, blogs, Twitter, Facebook, YouTube, or other social media networks) used or created on behalf of Candor USA Inc. are the property of Candor USA Inc.

**4. COMPENSATION OF EMPLOYEE.** As compensation for the services provided by under this Agreement, Candor USA Inc. will pay Jude R. Shinn an annual salary of $348,000.00 payable in US dollars in accordance with Candor USA Inc.'s usual payroll procedures and subject to applicable federal, state, and local withholding. In addition, Candor will pay Jude R. Shinn on target revenue and on target expense bonus of $48,000 annual and 2.5% of Net Revenue Bonus when profitable. Phone/Cell/Internet along with Travel / Housing - includes variation of corporate policy due to disabilities (hip/hearing). Health and Retirement Benefits included. Upon termination of this Agreement, a 6 month severance shall start from date of this agreement.

**5. EXPENSE REIMBURSEMENT.** Candor USA Inc. will reimburse Jude R. Shinn for "out-of-pocket" expenses incurred by Jude R. Shinn in accordance with Candor USA Inc.'s policies in effect from time to time.

**6. RECOMMENDATIONS FOR IMPROVING OPERATIONS.** Jude R. Shinn shall provide Candor USA Inc. with all information, suggestions, and recommendations regarding Candor USA Inc.'s business, of which Jude R. Shinn has knowledge, that will be of benefit to Candor USA Inc.

**7. CONFIDENTIALITY.** Jude R. Shinn recognizes that Candor USA Inc. has and will have information regarding the following:
- inventions
- products
- product design
- processes
- technical matters
- customer lists
- prices
- costs
- discounts

and other vital information items (collectively, "Information") which are valuable, special and unique assets of Candor USA Inc. Jude R. Shinn agrees that Jude R. Shinn will not at any time or in any manner, either directly or indirectly, divulge, disclose, or communicate any Information to any third party without the prior written consent of Candor USA Inc. will protect the Information and treat it as strictly confidential. A violation by Jude R. Shinn of this paragraph shall be a material violation of this Agreement and will justify legal and/or equitable relief.

**8. UNAUTHORIZED DISCLOSURE OF INFORMATION.** If it appears that has disclosed (or has threatened to disclose) information in violation of this Agreement, Candor USA Inc. shall be entitled to an injunction to restrain Jude R. Shinn from disclosing, in whole or in part, such Information, or from providing any services to any party to whom such Information has been disclosed or may be disclosed. Candor USA Inc. shall not be prohibited by this provision from pursuing other remedies, including a claim for losses and damages.

**9. CONFIDENTIALITY AFTER TERMINATION OF EMPLOYMENT.** The confidentiality provisions of this Agreement shall remain in full force and effect for a period of 2 years after the voluntary or involuntary termination of Jude R. Shinn's employment. During such period, neither party shall make or permit the making of any public announcement or statement of any kind that Jude R. Shinn was formerly employed by or connected with Candor USA Inc..

**10. BENEFITS.** Jude R. Shinn shall be entitled to employment benefits, as provided by Candor USA Inc.'s policies in effect during the term of employment.

**11. TERM/TERMINATION.** This agreement is a specified term of three (3) years and auto renews each year unless notified in writing. If Jude R. Shinn is in violation of this Agreement, Candor USA Inc. may terminate employment. A 6 (six) month severance package upon termination.

**12. COMPLIANCE WITH EMPLOYER'S RULES.** Jude R. Shinn agrees to comply with all of the rules and regulations of Candor USA Inc..

**13. RETURN OF PROPERTY.** Upon termination of this Agreement, Jude R. Shinn shall deliver to Candor USA Inc. all property which is Candor USA Inc.'s property or related to Candor USA Inc.'s business (including keys, records, notes, data, memoranda, models, and equipment) that is in Jude R. Shinn's possession or under Jude R. Shinn's control. Such obligation shall be governed by any separate confidentiality or proprietary rights agreement signed by Jude R. Shinn.

**14. NOTICES.** All notices required or permitted under this Agreement shall be in writing and shall be deemed delivered when delivered in person or on the third day after being deposited in the United States mail, postage paid, addressed as follows:

Employer:

Candor USA Inc.

Employee:

Jude R. Shinn

Such addresses may be changed from time to time by either party by providing written notice in the manner set forth above.

**15. ENTIRE AGREEMENT.** This Agreement contains the entire agreement of the parties and there are no other promises or conditions in any other agreement whether oral or written. This Agreement supersedes any prior written or oral agreements between the parties.

**16. AMENDMENT.** This Agreement may be modified or amended, if the amendment is made in writing and is signed by both parties.

**17. SEVERABILITY.** If any provisions of this Agreement shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If a court finds that any provision of this Agreement is invalid or unenforceable, but that by limiting such provision it would become valid or enforceable, then such provision shall be deemed to be written, construed, and enforced as so limited.

**18. WAIVER OF CONTRACTUAL RIGHT.** The failure of either party to enforce any provision of this Agreement shall not be construed as a waiver or limitation of that party's right to subsequently enforce and compel strict compliance with every provision of this Agreement.

**19. APPLICABLE LAW.** This Agreement shall be governed by the laws of the State of Georgia.

**20. SIGNATORIES.** This Agreement shall be signed by Kenneth J. Anketell on behalf of Candor USA Inc. and by Jude R. Shinn in an individual capacity. This Agreement is effective as of the date first above written.

*[signature]*

Kenneth J. Anketell
Candor USA Inc.

Date: _____1/1/2018_____


*[signature]*

Jude R. Shinn

Date: _____1/1/2018_____

# ▽ HELLOSIGN                                  Audit Trail

| | |
|---|---|
| **TITLE** | J. Shinn Agreement |
| **FILE NAME** | J. Shinn Employment Agreement.pdf |
| **DOCUMENT ID** | 6f9e4079607ba4bf52e93d68fa09513848621cec |
| **STATUS** | ● Completed |

## Document History

**SENT** — 07/16/2019 23:09:43 UTC
Sent for signature to Bob Shinn (bob@candor-usa.com) and Ken Anketell (ken@candor-usa.com) from michele@candorinsurance.com
IP: 64.203.212.79

**VIEWED** — 07/16/2019 23:21:32 UTC
Viewed by Ken Anketell (ken@candor-usa.com)
IP: 192.241.211.14

**SIGNED** — 07/16/2019 23:37:09 UTC
Signed by Ken Anketell (ken@candor-usa.com)
IP: 192.241.247.118

**VIEWED** — 07/16/2019 23:39:19 UTC
Viewed by Bob Shinn (bob@candor-usa.com)
IP: 107.77.233.188

**SIGNED** — 07/16/2019 23:39:44 UTC
Signed by Bob Shinn (bob@candor-usa.com)
IP: 107.77.233.188

**COMPLETED** — 07/16/2019 23:39:44 UTC
The document has been completed.