WILLIAM P. FRANKLIN, JR.
DAVID H. DICKEY
I. GREGORY HODGES
ROBERT W. SCHIVERA (GA & NC)
PATRICK T. O'CONNOR
JAMES P. GERARD
PATRICIA T. PAUL
TIMOTHY D ROBERTS
LEE A. SUMMERFORD
ANDREW M. WILKES
WILLIAM J. HUNTER
BENJAMIN M. PERKINS (GA & FL)
PAUL H. THRELKELD
GEORGE T. MAJOR, JR
JACOB D. MASSEE (GA & CO)
T. LAWRENCE EVANS
R. BENJAMIN LINGLE
BRYAN A SCHIVERA (GA & SC)
DAVID B. MULLENS, III
I. WILLIAM DROUGHT, III
J. RYAN BEASLEY
GRACIE G. SHEPHERD
STUART F. SUMNER
S. CHASE PARKER (GA,SC,TN)
K. ELIZABETH HOLLAND
BRIAN D. GRIFFIN



# OLIVER MANER LLP

ATTORNEYS AT LAW

2 | 8 WEST STATE STREET
SAVANNAH, GEORGIA 3 | 40 |

POST OFFICE BOX | 0 | 86
SAVANNAH, GA 3 | 4 | 2

TELEPHONE (9 | 2) 236-33 | |
FACSIMILE (9 | 2) 236-8725
WWW.OLIVERMANER.COM

TWIGGS & OLIVER
|897-|905

OLIVER & OLIVER
|906-|94|

OLIVER, OLIVER & DAVIS
|942-|955

OLIVER, DAVIS & MANER
|955-|963

OLIVER & MANER
|963-|967

OLIVER MANER & GRAY
|967-2008

JULIAN R. FRIEDMAN
OF COUNSEL

November 18, 2020

**Via Email Only, Delivery and Read Receipt Requested**

Candor USA, Inc.
c/o Mark Shirman (via email to mark@shirman.co and mark.shirman@candor-usa.com);
Kirk Lusk (via email to kirk.lusk@candor-usa.com);
Kim McCauley (via email to kim.mccauley@candor-usa.com)
Ken Anketell (via email to ken@candor-usa.com);
Matthew Applestein (via email to matthew.applestein@candor-usa.com);
Jim Prokes (via email to jim.prokes@candor-usa.com);
Pam Nelson (via email to pam.nelson@candor-usa.com)

RE:     Jude Robert Shinn – Unpaid Deferred Salary and Severance

Dear Members of the Board of Directors of Candor USA, Inc.:

Please be advised that Dale Akins and I have been retained to represent Jude Robert Shinn in connection with the collection of monies owed to him by Candor USA, Inc. If Candor USA, Inc. is represented by counsel with regard to the matters referenced herein, please forward a copy of this letter to them and ask that he/she contact me as soon as possible. This letter constitutes a formal demand by Mr. Shinn for payment of his deferred/unpaid salary as well as demand for payment of the severance benefits he is entitled to receive under the terms of his employment agreement. I understand that Mr. Shinn has made a prior written demand to Candor USA, Inc. for payment of the amounts owed to him and that no payment has been made.

As you all know, Mr. Shinn was involved with Candor USA, Inc. from its inception in March 2017 through the time that the Board of Candor USA, Inc. opted to suspend and therefore breached his employment agreement in September 2020. At all times relevant, Mr. Shinn worked for Candor USA, Inc. for an agreed upon yearly salary of $348,000.00. During that time of his employment with Candor USA, Inc., Mr. Shinn deferred a total of thirty-one (31) months of salary which remains unpaid. In addition, Candor USA, Inc. failed to pay Mr. Shinn for the final two pay periods of his employment. The total amount owed by Candor USA, Inc. to Jude Robert Shinn for unpaid salary (31 months of deferred salary + 1 month of unpaid salary) is $928,000.00.

Additionally, Mr. Shinn's employment agreement with Candor USA, Inc. provides for payment of severance pay equal to six months salary upon termination of the employment agreement. Candor USA, Inc. terminated and therefore breached Mr. Shinn's employment agreement when it ceased making salary payments to him and when it notified him that his employment with Candor USA, Inc. was being suspended. Mr. Shinn is owed $174,000.00 in severance pay by Candor USA, Inc.

The total amount owed to Jude Robert Shinn by Candor USA, Inc. is $1,102,000.00 (32 months of salary + six months of severance). This letter is a formal demand by Jude Robert Shinn for payment of this amount by 12:00 noon on November 25, 2020. Payment of the amounts owed shall be made via cashier's check, certified check, or other payment device as may be specifically agreed upon by Mr. Shinn. Such draft shall be made payable to "Jude Robert Shinn and his attorneys Oliver Maner LLP" and must be received by my office no later than 12:00 noon on November 25, 2020.

Should you have any questions, please do not hesitate to call.

Sincerely,

OLIVER MANER LLP

GEORGE T. MAJOR, JR.

GTM

Cc:     Jude Robert Shinn
        Dale Akins, Esq.