

WILLIAM P. FRANKLIN, JR
DAVID H. DICKEY
I. GREGORY HODGES
ROBERT W. SCHIVERA (GA & NC)
PATRICK T. O'CONNOR
JAMES P. GERARD
PATRICIA T. PAUL
TIMOTHY D. ROBERTS
LEE A. SUMMERFORD
ANDREW M. WILKES
WILLIAM J. HUNTER
BENJAMIN M. PERKINS (GA & FL)
PAUL H. THRELKELD
GEORGE T. MAJOR, JR.
JACOB D. MASSEE (GA & CO)
T. LAWRENCE EVANS
R. BENJAMIN LINGLE
BRYAN A. SCHIVERA (GA & SC)
DAVID B. MULLENS, III
I. WILLIAM DROUGHT, III
J. RYAN BEASLEY
GRACIE G. SHEPHERD
STUART F. SUMNER
S. CHASE PARKER (GA,SC,TN)
K. ELIZABETH HOLLAND
BRIAN D. GRIFFIN

**ATTORNEYS AT LAW**

218 WEST STATE STREET
SAVANNAH, GEORGIA 31401

POST OFFICE BOX 10186
SAVANNAH, GA 31412

TELEPHONE (912) 236-3311
FACSIMILE (912) 236-8725
WWW.OLIVERMANER.COM

TWIGGS & OLIVER
1897-1905

OLIVER & OLIVER
1906-1941

OLIVER, OLIVER & DAVIS
1942-1955

OLIVER, DAVIS & MANER
1955-1963

OLIVER & MANER
1963-1967

OLIVER MANER & GRAY
1967-2008

JULIAN R. FRIEDMAN
OF COUNSEL

November 18, 2020

<u>Via Email Only, Delivery and Read Receipts Requested</u>
Candor USA, Inc.
c/o Mark Shirman (via email to mark@shirman.co and mark.shirman@candor-usa.com);
Kirk Lusk (via email to kirk.lusk@candor-usa.com);
Kim McCauley (via email to kim.mccauley@candor-usa.com)
Ken Anketell (via email to ken@candor-usa.com);
Matthew Applestein (via email to matthew.applestein@candor-usa.com);
Jim Prokes (via email to jim.prokes@candor-usa.com);
Pam Nelson (via email to pam.nelson@candor-usa.com)

    RE:    Michele Shinn – Unpaid Deferred Salary and Severance

Dear Members of the Board of Directors of Candor USA, Inc.:

    Please be advised that Dale Akins and I have been retained to represent Michele Shinn in connection with the collection of monies owed to her by Candor USA, Inc. If Candor USA, Inc. is represented by counsel with regard to the matters referenced herein, please forward a copy of this letter to them and ask that he/she contact me as soon as possible. This letter constitutes a formal demand by Mrs. Shinn for payment of her deferred/unpaid salary as well as demand for payment of the severance benefits she is entitled to receive under the terms of her employment agreement. I understand that Mrs. Shinn has made a prior written demand to Candor USA, Inc. for payment of the amounts owed to her and that no payment has been made.

    As you all know, Mrs. Shinn was involved with Candor USA, Inc. from its inception in March 2017 through the time that the Board of Candor USA, Inc. opted to suspend and therefore breached her employment agreement on October 1, 2020. On April 1, 2020, Mrs. Shinn and Candor USA, Inc. formalized her employment by way of a certain employment agreement. At times during her employment, Michele Shinn deferred payment of the salary owed to her by Candor USA, Inc. as follows:

| Period | Yearly Salary | Amount Deferred |
|--------|---------------|-----------------|
| March 2017 | $36,400 | $3,033.33 |

| | | |
|---|---|---|
| April 2017 | $36,400 | $3,033.33 |
| May 2017 | $36,400 | $3,033.33 |
| June 2017 | $36,400 | $3,033.33 |
| July 2017 | $36,400 | $233.33 |
| September 2017 | $36,400 | $233.33 |
| October 2017 | $36,400 | $233.33 |
| November 2017 | $36,400 | $233.33 |
| Partial repayment – Aug. 2017 | | -$466.67 |
| December 2017 | $43,680 | $700.00 |
| January 2017 | $43,680 | $1,117.93 |
| February 2018 | $55,000 | $2,048.00 |
| March 2018 | $55,000 | $4,583.33 |
| April 2018 | $55,000 | $4,583.33 |
| May 2018 | $55,000 | $916.67 |
| June 2018 | $55,000 | $916.67 |
| July 2018 | $55,000 | $916.67 |
| August 2018 | $55,000 | $916.67 |
| September 2018 | $55,000 | $916.67 |
| October 2018 | $55,000 | $2,750.00 |
| November 2018 | $55,000 | $4,583.33 |
| December 2018 | $55,000 | $4,583.33 |
| January 2019 | $55,000 | $4,583.33 |
| February 2019 | $55,000 | $2,583.33 |
| March 2019 | $55,000 | $583.33 |
| April 2019 | $55,000 | $4,583.33 |
| May 2019 | $55,000 | $4,583.33 |
| June 2019 | $55,000 | $1,637.87 |
| July 2019 | $82,000 | $940.41 |
| August 2019 | $82,000 | $940.41 |
| September 2019 | $82,000 | $940.41 |
| Partial repayment – Oct. 2019 | | -$3,714.38 |
| January 2020 | $82,000 | $6,833.33 |
| February 2020 | $82,000 | $6,833.33 |
| March 2020 | $82,000 | $6,833.33 |
| September 2020 (unpaid salary) | $128,000 | $10,666.66 |
| **TOTAL DEFERRED/UNPAID SALARY** | | **$70,460.60** |

Additionally, Mrs. Shinn's employment agreement with Candor USA, Inc. provides for payment of severance pay equal to six months salary upon termination of the employment agreement. Candor USA, Inc. terminated and therefore breached Mrs. Shinn's employment agreement when it ceased making salary payments to her and when it notified her that her employment with Candor USA, Inc. was being suspended (supposedly due to her husband's contemporaneous suspension). Mrs. Shinn is owed $64,000.00 in severance pay by Candor USA, Inc.

The total amount owed to Michele Shinn by Candor USA, Inc. is $134,460.60 (deferred/unpaid salary + six months of severance). This letter is a formal demand by Michele Shinn for payment of this amount by 12:00 noon on November 25, 2020. Payment of the amounts owed shall be made via cashier's check, certified check, or other payment device as may be specifically agreed upon by Mrs. Shinn. Such draft shall be made payable to "Michele Shinn and her attorneys Oliver Maner LLP" and must be received by my office no later than 12:00 noon on November 25, 2020.

Should you have any questions, please do not hesitate to call.

Sincerely,

OLIVER MANER LLP

GEORGE T. MAJOR, JR.

GTM
Cc:     Michele Shinn
        Dale Akins, Esq.