## CANDOR USA, INC.

### RESOLUTIONS FOR SPECIAL MEETING OF STOCKHOLDERS HELD ON NOVEMBER 30, 2020

The Stockholders Candor USA, Inc., a Delaware corporation (the "**Corporation**"), in conformity with the By-laws of the Corporation and laws of the State of Delaware, hereby adopt the following resolutions effective on the date set forth below:

WHEREAS, the Stockholders of the Corporation, have decided to sell and transfer all assets of the Corporation to MyHealthily Insurance Solutions LLC, a limited liability company organized under the laws of the State of Delaware, LLC (the "**Buyer**"), pursuant to the terms of that certain Asset Purchase Agreement (the "**Agreement**") dated as of November 25, 2020 (the "**Sale**");

NOW THEREFORE:

RESOLVED: That the execution of the Agreement is hereby ratified and confirmed, and the Corporation is hereby authorized perform its obligations with respect to the Sale to Buyer in accordance with the terms and provisions of the Agreement; and

RESOLVED: That in connection with the Sale, the Matthew Applestein or James Prokes, as a Director of the Corporation, each acting singly, be and he hereby is authorized and directed, for and in the name of and on behalf of the Corporation is authorized to execute and deliver a Bill of Sale, an Assignment and Assumption Agreement, an Assignment of Intellectual Property, a Power of Attorney and any other instruments or documents required by the Buyer to complete the Sale and consummate the transactions contemplated by the Agreement; and from time to time to modify, supplement or amend the Agreement and any such documents, instruments and/or agreements upon any further terms and conditions as may be required, the signature of either such Director, acting singly, to any such instrument or document of the Corporation to be conclusive evidence that said instrument or document has been approved by him in conformity with the terms of these resolutions and to be conclusive evidence of his authority.

Dated; November 30, 2020

316839/0001/4811-9922-0435.1