**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| JUDE ROBERT SHINN and MICHELE SHINN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) ) ) ) ) |
| CANDOR USA, INC. | |
| Defendant. | |

Civil Action No.: 4:20-cv-00299-WTM-CLR

**JURY TRIAL DEMANDED**

**PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR EMERGENCY HEARING**

COME NOW Jude Robert Shinn and Michele Shinn, Plaintiffs herein, and pursuant to Fed. R. Civ. P. 65 and S.D. Ga. L.R. 7.7 hereby move the Court *in emergency* for a hearing and the issuance of a preliminary injunction to enjoin Defendant Candor USA, Inc. from the sale of its assets to a non-party buyer, showing the Court as follows:

1. Plaintiffs Jude Robert Shinn and Michele Shinn filed the above-styled action seeking monies owed to them by Defendant Candor USA, Inc. Specifically, Plaintiffs each seek payment of salaries that were deferred during the course of their employment and payment of severance payments Candor USA, Inc. owes to each of them per the terms of their respective employment agreements. (*See* Doc. 1, Complant). Plaintiffs have made demands for these payments which have been refused by Candor USA, Inc.

2. Defendant Candor USA, Inc. has entered into a certain Asset Purchase Agreement dated November 25, 2020 with MyHealthily Insurance Solutions, LLC, ("MIS") a non-party to this action, that will result in the sale of Candor USA, Inc.'s assets to MIS with MIS not

assuming liability for the amounts Candor USA, Inc. owes to Plaintiffs. (Ex. A, Asset Purchase Agreement).

3. Plaintiffs understand and believe that the sale of Candor USA, Inc's assets through the Asset Purchase Agreement has not yet closed, but that such closing is imminent and will occur within the next few days. Pursuant to S.D. Ga. L.R. 7.7, Plaintiffs make this motion *in emergency* and request an emergency hearing on the same given the believed imminence of the closing and the irreparable harm that will result to them if the Asset Purchase Agreement were to close.

4. If such sale were to be completed, Plaintiffs will suffer irreparable harm. Specifically, Candor USA, Inc. will have divested itself of its assets prior to an adjudication of Plaintiffs' claims thereby rendering itself insolvent and incapable of satisfying any judgment against it.

5. In fact, Defendant Candor USA, Inc. executed the Asset Purchase Agreement with full knowledge of Plaintiffs' claims as evidenced by Plaintiff Jude Robert Shinn's claims being listed in the Asset Purchase Agreement as a threatened litigation. (Ex. A at Schedule 3.11 – Claims and Litigation). Moreover, Mr. Shinn's deferred salary is listed as a long-term liability in Candor USA, Inc.'s 2019 and 2020 Balance Sheets contained within the Asset Purchase Agreement. (Ex. A at Schedule 3.7 - Employees).

6. Plaintiffs respectfully request that the Court order the parties to appear at a hearing before the Court to determine whether a preliminary injunction enjoining Candor USA, Inc.'s sale of its assets should issue.

7. Notice to Candor USA, Inc. may be made through its attorney, Louis M. Ciavarra, Esq., Bowditch & Dewey, LLP, 311 Main Street, P.O. Box 15156, Worcester, Massachusetts 01615, (508) 926-3408, lciavarra@bowditch.com.

WHEREFORE, Plaintiffs respectfully request that the Court shorten Defendant's time to respond to this Motion, hold an emergency hearing to determine whether the requested injunctive relief should issue, and issue a preliminary injunction that enjoins Defendant Candor USA, Inc. from the sale of its assets prior to an adjudication of Plaintiffs' claims.

THIS 30th day of November, 2020.

|  |  |
|---|---|
|  | OLIVER MANER LLP |
|  | /s/ *George T. Major, Jr.* |
|  | GEORGE T. MAJOR, JR. |
|  | Georgia Bar No. 619608 |
| P.O. Box 10186 | |
| Savannah, Georgia 31412 | |
| (912) 236-3311 | |
|  | AKINS LAW FIRM, LLC |
|  | /s/ *Dale Akins* |
|  | DALE AKINS |
|  | Georgia Bar No.: 006444 |
| P.O. Box 1527 | |
| 6 Johnson Way | |
| Bluffton, SC 29910 | |
| (843) 757-7574 | *Attorneys for Plaintiffs Jude Robert Shinn and Michele Shinn* |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and complete copy of the foregoing upon all opposing parties by delivering a copy of the same, via email only, addressed as follows:

Louis M. Ciavarra, Esq.
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, Massachusetts 01615
lciavarra@bowditch.com

THIS 30th day of November, 2020.

OLIVER MANER LLP

/s/ *George T. Major, Jr.*
GEORGE T. MAJOR, JR.
Georgia Bar No. 619608

P.O. Box 10186
Savannah, Georgia 31412
(912) 236-3311
gmajor@olivermaner.com