UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JUDE ROBERT SHINN AND ) <br> MICHELE SHINN, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> CANDOR USA, INC., ) <br>  ) <br> Defendant. ) | CIVIL ACTION NO. 4:20-cv-299 |

**AFFIDAVIT OF KENNETH ANKETELL**

I, Kenneth Anketell, on oath depose and state as follows:

1. I am on the Board of Candor USA, Inc and have been for over 3 years. I am also a shareholder and have personal knowledge of the facts set forth herein.

2. In August 2017 Candor and Bob Shinn entered into a written employment contract. That contract was reviewed and according to Bob Shinn had to be approved by the Board and it was.

3. In January 2018 Bob Shinn resigned his employment and from the Board. Attached as Exhibit A is copy of Bob Shinn's email to me dated January 2, 2018. The Board accepted his resignation from both positions.

4. At some point in mid 2018 Bob Shinn returned to the Company. To the best of my knowledge no new contract was prepared or signed at that time. Certainly not in January 2018.

5. I reviewed the Complaint and the materials attached thereto. Prior to reviewing these materials, I had no memory of the document attached to the complaint. In fact, the one attached to the complaint is dated January 1,2018, but as stated above, he resigned the day after that on January 2, 2018.

6. I also see evidence of my electronic signature and what appears to be a reference to my opening the January 1,2018 document on July 16, 2019, over 18 months after it is dated. I have no memory of reading that document at that time. What I do have a memory of is around that time Bob Shinn contacting me and asking me to sign his contract, which I understood was the same as 2017 contract except it contained a different bonus provision. Bob Shinn was my friend and a fiduciary to Candor so I trusted him and did not read whatever it was that he emailed me, although it appears I may have attached my electronic signature to it. Further, I do not believe Bob Shinn ever presented that new agreement to the Board for approval, I know I did not. Finally, Bob Shinn never discussed this new agreement or any of its terms with me after July 2019.

7. I do not believe the employment contract for Michelle Shinn, which was presumably prepared by her husband, Bob Shinn, was ever reviewed or approved by the Board.

KJA

Signed under pains and penalties of perjury this 14 day of December, 2020.

*Kenneth Anketell* (signature)
Kenneth Anketell

1
316839/0001/4830-3750-3956.1

KJA