# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JUDE ROBERT SHINN and <br> MICHELE SHINN, <br><br> Plaintiffs, <br><br> v. <br><br> CANDOR USA, INC. <br><br> Defendant. | Civil Action No.: 4:20-CV-299 |

## MUTUAL STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS

COME NOW Jude Robert Shinn and Michele Shinn, Plaintiffs, and Candor USA, Inc., Defendant and Counterclaim Plaintiff, and hereby mutually stipulate to the dismissal with prejudice of all pending claims and counterclaims filed by each of them, their mutual intent being to dismiss in full the above-styled action. The parties shall bear their own costs.

THIS 26th day of April, 2021.

OLIVER MANER LLP

*/s/ George T. Major, Jr.*
GEORGE T. MAJOR, JR.
Georgia Bar No. 619608
*Attorney for Plaintiffs*

218 West State Street
Post Office Box 10186
Savannah, Georgia 31412
(912) 236-3311
gmajor@olivermaner.com

AKINS LAW FIRM, LLC

*/s/ Dale Akins*
DALE AKINS
Georgia Bar No.: 006444
*Attorney for Plaintiffs*

P.O. Box 1527
6 Johnson Way
Bluffton, SC 29910
(843) 757-7574
dakins@hargray.com

|  |  |
|---|---|
| | BOUHAN FALLIGANT LLP |
| | /s/ *Gregory G. Sewell* |
| | GREGORY G. SEWELL |
| | Georgia Bar No. 556970 |
| One West Park Avenue | LUCAS D. BRADLEY |
| Savannah, Georgia 31401 | Georgia Bar No. 672136 |
| (912) 232-7000 | *Attorneys for Defendant* |
| ggsewell@bouhan.com | |
| ldbradley@bouhan.com | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this day by electronically filing same via the Court's ECF system and thereby causing a Notice of Electronic Filing to be delivered to:

> Gregory G. Sewell, Esq.
> Lucas D. Bradley, Esq.
> BOUHAN FALLIGANT LLP
> One West Park Avenue
> Savannah, GA 31401
> ggsewell@bouhan.com
> ldbradley@bouhan.com
> *Attorneys for Defendant*

This 26th day of April, 2021.

OLIVER MANER LLP

218 West State Street
Post Office Box 10186
Savannah, Georgia 31412
(912) 236-3311
gmajor@olivermaner.com

*/s/ George T. Major, Jr.*
GEORGE T. MAJOR, JR.
Georgia Bar No. 619608
*Attorneys for Plaintiffs*